# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMAS CLEMENTE CHAVEZ, | 1:02-cv-05320 OWW DLB (HC) |
| Petitioner, | ORDER FOLLOWING REMAND FROM THE NINTH CIRCUIT COURT OF APPEALS; APPOINTING COUNSEL FROM APPEAL, GARY L. HUSS, , AND DIRECTING CLERK OF COURT TO SERVE COPY OF ORDER ON MR. HUSS; AND SETTING BRIEFING SCHEDULE |
| v. | |
| GAIL LEWIS, | |
| Respondent. | |
| / | [Doc. 39] |

On June 4, 2004, the undersigned issued a Findings and Recommendation denying the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. (Court Doc. 25.) On September 29, 2004, the Findings and Recommendation was adopted in full, judgment was entered in favor of Respondent, and the Court denied to issue a certificate of appealability. (Court Docs. 27, 28, 29.)

Petitioner filed a notice of appeal on October 7, 2004. (Court Doc. 30.) On December 27, 2004, the Ninth Circuit Court of Appeals granted the request for a certificate of appealability with respect to the following issues: "(1) whether the trial court applied the correct standard for bias under *Batson v. Kentucky*, 476 U.S. 79 (1986); and (2) whether the prosecutor's peremptory challenges of four Hispanic jurors violated *Batson*. *See* 28 U.S.C. § 2253(c)(3)." (Court Doc. 34.) After taking the matter under submission without oral argument, the Ninth Circuit reversed and remanded the action in a unwritten opinion on July 25, 2006. (*See* Court Doc. 39.)

Accordingly, it is HEREBY ORDERED that:

1. Gary L. Huss, counsel appointed on appeal, is appointed to represent Petitioner on remand to this Court (18 U.S.C. § 3006A);

2. The Clerk of Court is directed to serve a copy of this order on Mr. Huss, at 246 W. Shaw Ave., Fresno, CA 93704-0000;

3. Within **forty-five (45)** days from the date of service of this order, Respondent shall file a supplemental brief addressing the merits of the issue on remand; and

4. Within **thirty (30)** days from the date Respondent files his supplemental brief, Petitioner may file a response.

IT IS SO ORDERED.

Dated:  **May 14, 2008**             /s/ **Dennis L. Beck**
                           UNITED STATES MAGISTRATE JUDGE