# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMAS CLEMENTE CHAVEZ,<br><br>          Petitioner,<br><br>     v.<br><br>GAIL LEWIS,<br><br>          Respondent.<br>_____/ | 1:02-cv-05320 OWW DLB (HC)<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED ON RESPONDENT FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>[Doc. 41] |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On May 15, 2008, this Court issued an order appointing counsel to represent Petitioner, and set a briefing schedule following remand from the Ninth Circuit Court of Appeals. (Court Doc. 41.) Respondent was directed Respondent to file a supplemental brief addressing the merits of the issue on remand. Respondent has failed to respond to the Court's order.[1] Accordingly, Respondent shall be directed to show cause why sanctions should not be imposed.

     Local Rule 11-110 provides that "a failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."

---

[1] Respondent was properly served electronically with notice of the Court's May 15, 2008, order. (See Court Doc. 41.)

1

Accordingly, it is HEREBY ORDERED within **fifteen (15)** days of service of this order, Respondent is ordered to SHOW CAUSE why appropriate sanctions should not be imposed for failing to obey a court order.

IT IS SO ORDERED.

Dated:   **August 11, 2008**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE